UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTY V. MOORE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ARDON,<br><br>　　　　　　　Defendant. | No. 1:16-cv-00145-DAD-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, ALLOWING PLAINTIFF TO PROCEED ON HER EIGHTH AMENDMENT CLAIM AGAINST DEFENDANT ARDON, AND DISMISSING ALL OTHER DEFENDANTS AND CLAIMS<br><br>(Doc. No. 16) |

Plaintiff Christy V. Moore is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of this court.

On January 27, 2017, the assigned magistrate judge screened the complaint and ordered plaintiff to either file an amended complaint or a statement of willingness to proceed only on her claim under the Eighth Amendment for deliberate indifference to plaintiff's serious medical needs against defendant Officer Ardon, which claim the magistrate judge found to be cognizable. (Doc. No. 11.) On March 15, 2017, plaintiff filed a response indicating that prison personnel did not deliver the screening order to her until March 7, 2017. (Doc. No. 12.) The court construed

1

plaintiff's notice as a request for an extension of time to respond to the court's order and granted plaintiff until June 1, 2017, to file an amended complaint or a statement that she wished to proceed only on her cognizable claim. (Doc. No. 13.) The court further indicated that plaintiff's failure to comply with that order would result in a recommendation that this action proceed only on her Eighth Amendment claim against defendant Officer Ardon. (*Id.*) Plaintiff never filed a response of any kind to the magistrate judge's orders.

On July 5, 2017, the assigned magistrate judge issued findings and recommendations, recommending that this case proceed only on plaintiff's Eighth Amendment claim against defendant Officer Ardon as found cognizable in the January 27, 2017 screening order. (Doc. No. 16.) The findings and recommendation were served that same day and provided plaintiff with twenty-one days in which to file objections. (*Id.*) To date, plaintiff has not filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The July 5, 2017 findings and recommendations (Doc. No. 16) are adopted in full;
2. This action shall proceed only on plaintiff's claim against defendant Officer Ardon for deliberate indifference of plaintiff's serious medical needs in violation of the Eighth Amendment;
3. All other claims and defendants are dismissed; and
4. The matter is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **September 28, 2017**

UNITED STATES DISTRICT JUDGE