# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTY V. MOORE,<br><br>             Plaintiff,<br><br>     v.<br><br>CITY OF SHAFTER, et al.,<br><br>             Defendants. | Case No. 1:16-cv-00145-DAD-SKO (PC)<br><br>**ORDER REQUIRING PLAINTIFF TO PROVIDE ADDITIONAL INFORMATION FOR SERVICE OF PROCESS ON DEFENDANT ARDON**<br><br>**(Doc. 24)**<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

The United States Marshals Service attempted service on Defendant Ardon via the California Department of Corrections. (Doc. 22.) The Marshals Service recently filed an unexecuted summons which indicates that Defendant Ardon left CDC employment in 2015, and no forwarding address is available. (Doc. 24.) Thus, the Marshals Service is unable to locate contact information for Ardon beyond her past employment with CDCR.

Accordingly, **within 21 days** from the date of service of this order, the Court **ORDERS** Plaintiff to provide additional information as to where Defendant Ardon may be located so that service may be accomplished. **Plaintiff is informed that her failure to comply with this order will result in a recommendation that the matter be dismissed pursuant to Rule 4(m).**

IT IS SO ORDERED.

Dated:  **November 15, 2017**                    /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE

1